UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN THE MATTER OF<br><br>The Application of Cargill, Incorporated to Examine Ann Miller under a Commission Issued in an Action Entitled<br><br>CARGILL, INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>PUBLIC SERVICE ELECTRIC & GAS<br><br>Defendant. | 01 MC 48 (DWF/AJB)<br><br>**AMENDED ORDER DIRECTING TAKING OF DEPOSITION TESTIMONY** |

Upon reading the filed affidavit of Robert D. Maher, Esq., sworn to on the 21st day of June, 2001 ("Maher Aff."), and a copy of the Order, attached as Exhibit A to Maher's Affidavit, entered on the 29th day of June 2001, in the action entitled Cargill, Incorporated v. Public Service Electric & Gas, Civil Action No. 00-4080 (KSH), pending therein, and it appearing that the testimony of Ann Miller is material and necessary to the trial of the issues of such action, and that an Order was duly entered by the District Court of New Jersey directing the issuance of a deposition subpoena to compel the testimony Ann Miller.

Now, upon the application of Robert D. Maher, Esq., attorney in Minnesota for plaintiff, it is

ORDERED, that the deposition upon oral questions of Ann Miller about the relevant facts and circumstances, commence on June 27, 2001 or as soon thereafter as is mutually agreeable to Ann Miller and the parties, but not later than July 16, 2001, and continue thereafter

FILED JUN 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

on a day-to-day basis until completed. Such depositions shall be taken at the offices of Cargill Incorporated, 15407 McGinty Road West, Wayzata, MN 55391, before a notary public and court reporter, concerning evidence material and necessary to the trial of the issues in the action entitled Cargill, Incorporated v. Public Service Electric & Gas, Civil Action No. 00-4080 (KSH), now pending in the District Court of New Jersey, and it is further

ORDERED, that a copy of this Order be mailed by Cargill's attorney to the defendant's attorneys in the action pending before the District Court of New Jersey, on the day received by Cargill's attorney.

6/26/01

ENTER:

Arthur J. Boylan,
United States District Judge

153116